# Third District Court of Appeal

## State of Florida

Opinion filed September 14, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1611
Lower Tribunal No. 76-10139 C
_____

**Charles Elwood Cobb,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Charles Elwood Cobb, in proper person.

Pamela Jo Bondi, Attorney General, and Nikole Hiciano, Assistant Attorney General, for appellee.

Before SHEPHERD, LAGOA, and FERNANDEZ, JJ.

PER CURIAM.

We affirm the trial court's order denying Appellant Charles Cobb's ("Cobb") motion for post-conviction relief. Such affirmance is without prejudice,

however, to Cobb filing an appropriate motion in the trial court to raise the legality of his sentence in light of Atwell v. State, 41 Fla. L. Weekly S244 (Fla. May 26, 2016), Montgomery v. Louisiana, 136 S. Ct. 718 (2016), as revised (Jan. 27, 2016), and Miller v. Alabama, 132 S. Ct. 2455 (2012). We affirm all other components of the trial court's order without further discussion.